*AMENDED COMPLAINT TO EMPHASIS THE ARBITRATIONS AND
REPARATIONS NEEDED AGAINST DARRYL GLENN MCCOY SR's RACKETEERING
INFLUENCED AND CORRUPT ORGANIZATIONS INVASIONS AND
INFILTRATIONS.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

TRENISEE MAREA PARKER UNITED STATES DISTRICT COURT
DBA
Civil Defense Authority Agency                    for the

1.) SOCIETAL SERVICES AND INTELLIGENCE OPERATIONS    Southern District of Mississippi
2.) ARBITRATIONS AND REPARATIONS                    Southern Division
3.) STANDARDS AND SUBSEQUENTIALS
4.) PERMISSIONS AND PERMITS

FILED
AUG 09 2017
ARTHUR JOHNSTON
BY _____ DEPUTY
SOUTHERN DISTRICT OF MISSISSIPPI

_____
        Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

                    -v-

Darryl Glenn Mccoy, E.T.A.L.
_____
        Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)    Case No. 1:17cv177LG-MTP
)         (to be filled in by the Clerk's Office)
)
)
)    Jury Trial: (check one) ☑ Yes  ☐ No
)
)    PLEASE SEE MY ATTACHMENTS
)    DEPICTING MY APPROACH, DETERMINATIONS,
)    AND NEED TO FILE, EMPHASIZE, AND EMPHATICATE
)    THE ARBITRATIONS AND REPARATIONS SOUGHT AFTER
)    ON THE BEHALF OF DEPARTMENT OF TREASURY,
)    THE DEPARTMENT OF JUSTICE, AND THE DEPARTMENT
)    OF DEFENSE, AND LOF HARRISON COUNTY, AGST
)    DARRYL GLENN MCCOY SR's RACKETEERING
)    INFLUENCED AND CORRUPT ORGANIZATIONS
)    INVASION AND INFILTRATIONS

AMENDED COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Trenisee Marea Parker
Street Address: 1617 Rhodes Avenue
City and County: Gulfport Harrison
State and Zip Code: Mississippi 39501
Telephone Number: (228) 518-2460
E-mail Address: 4YourXcouncil@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                              Danny Glow Mccay, Sr.
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 2

Name                              FBI
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name                              Biloxi Municipal Court
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name                              Harrison County, Mississippi
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 5

Name _Harrison County Sheriff's Department_

Job or Title *(if known)* _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address *(if known)* _____

Defendant No. 6

Name _Biloxi Chief of Police_

Job or Title *(if known)* _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address *(if known)* _____

Defendant No. 7

Name _Gulfport Chief of Police_

Job or Title *(if known)* _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address *(if known)* _____

Defendant No. 8

Name _District Attorney Joel Smith_

Job or Title *(if known)* _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address *(if known)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 9

    Name                    District Attorney Office

    Job or Title *(if known)*  1 + 2nd Judicial Districts

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 10

    Name                    Courthouse of Harrison County

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 11

    Name                    Biloxi Police Department

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 12

    Name                    Gulfport Police Department

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 13
    Name                                    Hazel Ann Beavers
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 14
    Name                                    Joan Marca Barkum Parker
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 15
    Name                                    Labott Yancy Parker
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 16
    Name                                    Nathaniel Taylor Barkum
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 17

Name                                Goward Joseph Barkum

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 18

Name                                Michael Ray Barkum

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 19

Name                                Robert Fant Walker

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 20

Name                                City of Gulfport

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 21

    Name        Crey of Biloxi

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 22

    Name        Win Job Centers

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 23

    Name        Calvin Williams

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 24

    Name        James C. Steele

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. *25*

    Name

    Job or Title *(if known)*    *City of Gulfport Prosecutor, Richard Smith*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. *26*

    Name

    Job or Title *(if known)*    *City of Biloxi Prosecutor*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. *27*

    Name    *Gulfport Municipal Court*

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. *28*

    Name    *Masons*

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No.    29.

    Name    *EASTERN STARS*

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No.    30

    Name    *WAL-MART*

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No.    31

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No.    32

    Name    *STAN - McDONALD'S GENERAL MANAGER - CREOSOTE RD STORE #*

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No.  33

Name  *Schular Properties*

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No.  34

Name  *Matt - Schular Properties Security Guard*  SAYS HES A NOOPD MOUNTED OFFICER

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No.  35

Name  *Memorial Hospital at Gulfport*

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No.  36

Name  *Double Tree Hotel*

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No.

    Name         37     Sonja Lunnelias - Front Desk at Donald Tree

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No.

    Name         38     Gulf Coast Women's Center For Non-Violen

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No.

    Name         39     Hancock Bank

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No.

    Name         40     Debra Burrell - Darryl McCoy's Inlaw and Lead Usher - Hancock Bank Employee

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. *41*

    Name                  WLOX

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. *42*

    Name                  GOGO WATER MALL

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. *43*

    Name                  Terry Powell - General Manager
                                 Edgewater Mall

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. *44*

    Name                  TYRUS BARNES

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 45

Name                Garry William Sullivan

Job or Title (if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address (if known) _____


Defendant No. 46

Name                Danous McClellan

Job or Title (if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address (if known) _____


Defendant No. 47

Name                Darryl Glenn McCoy

Job or Title (if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address (if known) _____


Defendant No. 48

Name                Deben Turner

Job or Title (if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address (if known) _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No.

    Name     *49*    _Christine Walron_

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No.

    Name     *50*    _Lorraine Gannon_

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No.

    Name     *51*    _Harben Chapel UMC_

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No.

    Name     *52*    _Merit Health_

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 1

Name **53** _Joe - Security at Garden Park Medical Center_

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name **54** _Dr. Leo Peoples_

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name **55** _Fresh Fire Ministries - Tyson Barnes Ministries_

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name **56** _St. John A M E Church_

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No.

    Name     57     *Money Stat & Chiners*

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No.

    Name     58     *Mount Pleasant United Mobost Church*

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No.

    Name     59     *Arthur Taylor - Jason Taylors Father*

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No.

    Name     60     *Jason Taylor's Mother*

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No.

> Name     61     Darryl McCroy, Sros - Father
> Job or Title *(if known)*
> Street Address
> City and County
> State and Zip Code
> Telephone Number
> E-mail Address *(if known)*

Defendant No.

> Name     62     Jason Taylor
> Job or Title *(if known)*
> Street Address
> City and County
> State and Zip Code
> Telephone Number
> E-mail Address *(if known)*

Defendant No.

> Name     63     Faith Baptst Church
> Job or Title *(if known)*
> Street Address
> City and County
> State and Zip Code
> Telephone Number
> E-mail Address *(if known)*

Defendant No.

> Name     64     Bobbie Brown of Apostle Taylors Church
> Job or Title *(if known)*
> Street Address
> City and County
> State and Zip Code
> Telephone Number
> E-mail Address *(if known)*

Defendant No. *65*

    Name                      Wilmon Deoeaux
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. *66.*

    Name                      _____
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. *67*

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. *68*

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 66

    Name                    The Economy of HWY 49 (All the Cross of a. Ro.
    Job or Title (if known)  I-10 south onto Airport Road
    Street Address           _____
    City and County          _____
    State and Zip Code       _____
    Telephone Number         _____
    E-mail Address (if known) _____

Defendant No. 67

    Name                    The Economy of Hwy 49 ( Pass Ro
    Job or Title (if known)  and Hwy 49 from Advanced Collision
    Street Address           Jack and Diamos Tattoo Shop to 17th Street
    City and County          Harrison County Courthouse and
    State and Zip Code       _____
    Telephone Number         _____
    E-mail Address (if known) _____

Defendant No. 68

    Name                    The Economy of Cowan Lorraine Ro. ( First
    Job or Title (if known)  Baptist Church on Cowan Lorraine Ro/Hwy Gulfn to
    Street Address           Roy Anderson ( Construction including Mississippi)
    City and County          Power, Toyota and the Interjection onto Seaway Ro.
    State and Zip Code       _____
    Telephone Number         _____
    E-mail Address (if known) _____

Defendant No. 69

    Name                    Balch and Bingham - Mac
    Job or Title (if known)  _____
    Street Address           _____
    City and County          _____
    State and Zip Code       _____
    Telephone Number         _____
    E-mail Address (if known) _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No.**

Name *(circled drawing)*    Mark Bond of Balch and Bingham

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No.**

Name *(circled drawing)*    The Beltway of Hwy 49 North of I-10

Job or Title *(if known)*    Turan Forest, on down through Best Buy

Street Address    Hampton Inn, Crossroads Mall, Azalea

City and County    Place Apartments onto The Mobile Homes

State and Zip Code    estates it onto Three Rivers Rd-

Telephone Number

E-mail Address *(if known)*

**Defendant No.**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No.**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types o. ___ ca
heard in federal court: cases involving a federal question and cases involving diversity of citizenship of
parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or tre
is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of
another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a
diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that
are at issue in this case.

ARBITRATION ON BEHALF OF THE U.S. GOVERNMENT, ALL STATES, BECAU
AND AGENCIES, THE STATE OF MISSISSIPPI, THE CITY OF BILOXI AND THE C
OF GULFPORT, MS, HARRISON County, AND ANYTHING PERTAINING TO PROTECTION AGAINST DANNY
GLENN MCCOY, SR, ET AL, AS ALRE
ALREADY FOR BEING A WITNESS, WITCA
JIM JONES, DAVID [Couldnt typed of Mis
WITH RACKETEERING, INFLUENCED BENTCHI
ANY
ESPIR

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

#### 1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* Trevira co Marie Parker DBA , is a citizen of the
State of *(name)* Mississippi

b.    If the plaintiff is a corporation
The plaintiff, *(name)* Civil Defense Authority Agency is incorporated
under the laws of the State of *(name)* Mississippi
and has its principal place of business in the State of *(name)*
Georgia

*(If more than one plaintiff is named in the complaint, attach an additional page providing the
same information for each additional plaintiff.)*

#### 2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* Danny Glenn McCoy Sr. and ET AL, is a citizen of
the State of *(name)* Mississippi                     . Or is a citizen of
*(foreign nation)*

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant, *(name)* ___Trump ct in Zion Followship,___ is incorporated under

the laws of the State of *(name)* ___Mississippi___ , and has its

principal place of business in the State of *(name)* ___N/A___

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

        INDEFINITE    INDISPENSIBLE

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1) CHARGES OF CITY OF BILOXI VS. DARRYL GLEAN MCCOY SR., NOT FWD, AND FILED WITH THE (COURT) AS IWAS AND RULED BY JUDGE JAMES STEELE. 2) JUDGE JAMES STEELE HAD ALREADY RULED NO PROBLEM WHILE MCCOY WAS IN CUSTODY ON HIT AND RUN CHARGES WHICH HE COULD NOT DO, IN MY ABSENCE AND ON A REMANDED TO FILE CHARGES, THAT MAKE A DECISION PRIOR TO THE OCTOBER 19th, 2016 COURT DATE ALREADY SET BY JUDGE TISDALE ON THE BOOKING DOC 3) AND JUDGE R. Front WALKER AND BRELAND NEWRY — JUMP WHO NOT NEEDED, HIS PICTIVE CUTMATTERS remanded to file changes in Gulfport for coming out to kill me with his vechicle in SHORT.

## IV.   Relief

✱ AND ON TODAY
8/2/17, I Just
GOT SHOT AT by
[illegible] DEP
[illegible]
[illegible]
[illegible]

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include any of the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

✱ SEEKING COMPENSATION AND REPARATIONS
I A MITHE VICTIM IN BOTH JURISDICTIONS NEVER COMPENSATED,
[illegible] NEVER PROTECTED. ALL COURT ABSTRACTS AND CASE
[illegible] NUMBERS HAVE HAD ALTERED POLICE REPORTS AND FALSIFIED
[illegible] POLICE REPORTS, THE GULFPORT MUNICIPAL COURT [illegible]
[illegible]

Pro Se 1 (Rev  12/16) Complaint for a Civil Case

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _July 3ʳᵈ 2017_

Signature of Plaintiff   _(signature)_

Printed Name of Plaintiff   _(handwritten)_

### B.  For Attorneys

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____