# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**TRENIECE MAREA PARKER**                                    **PLAINTIFF**

**v.**                              **CAUSE NO. 1:17-cv-177-LG-MTP**

**DARRYL GLEN MCCOY, SR., et al.**                            **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Order of Dismissal entered this date,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED**. Plaintiff's federal claims are **DISMISSED WITH PREJUDICE**. The Court declines to exercise supplemental jurisdiction over any remaining state-law claims, and those claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 14th day of August, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE